UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION


TAMEIKA L. MCHARRIS,                                      }
ON BEHALF OF HERSELF AND                                  }
ALL OTHERS SIMILIARLY SITUATED,                           }
                                                         }
                              Plaintiff,       }Civil Action, File No.
                    v                          }1:17-cv-04616-SJ-VMS
                                                         }
VL FUNDING LLC,                                          }
NAVIENT SOLUTIONS, INC. AND                              }
WELTMAN, WEINBERG & REIS CO., LPA                        }
                                                         }
                              Defendants.       }


**STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against

all Defendants with each party to bear its respective attorney's fees and costs incurred in this

action.


/s/*Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY  11743
(631) 629-7709

*/s/: Glenn M. Fjermedal*
Glenn M. Fjermedal, Esq.
DAVIDSON FINK LLP
Attorneys for Defendant
28 East Main Street, Suite 1700
Rochester, New York 14614
Telephone: (585) 546-6448