date rec'd 4/12/19 AL

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

TAMEIKA L. MCHARRIS,
ON BEHALF OF HERSELF AND
ALL OTHERS SIMILIARLY SITUATED,

        Plaintiff,

v

VL FUNDING LLC,
NAVIENT SOLUTIONS, INC. AND
WELTMAN, WEINBERG & REIS CO., LPA

        Defendants.

Civil Action, File No.
1:17-cv-04616-SJ-VMS

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against all Defendants with each party to bear its respective attorney's fees and costs incurred in this action.

/s/ Mitchell L. Pashkin, Esq.
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 629-7709

/s/: Glenn M. Fjermedal
Glenn M. Fjermedal, Esq.
DAVIDSON FINK LLP
Attorneys for Defendant
28 East Main Street, Suite 1700
Rochester, New York 14614
Telephone: (585) 546-6448



SO ORDERED
On this 10 day of April 2019
s/ Sterling Johnson
STERLING JOHNSON JR., U.S.D.J.